## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN M. CAREY, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **Case No.: 1:14-cv-12022** |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, a wholly-owned subsidiary of PORTFOLIO RECOVERY ASSOCIATES, INC. | ) ) ) ) |
| | ) |
| Defendant | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her Complaint with prejudice.

Dated: August 29, 2014

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
BBO# 662924
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 29th day of August, 2014, a true and correct copy of the foregoing pleading served via mail to the below:

Keith S. McGurgan, Esq.
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502

                                                */s/ Craig Thor Kimmel*
                                                Craig Thor Kimmel, Esquire
                                                BBO# 662924
                                                Kimmel & Silverman, P.C
                                                30 East Butler Pike
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888
                                                Facsimile: (877) 788-2864
                                                Email: kimmel@creditlaw.com
                                                Attorney for Plaintiff